**[J-98A&B-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : Nos. 22 & 23 WAP 2015 |
| | : |
| Appellee | : |
| | : Appeal from the Orders of the Superior |
| | : Court entered March 30, 2015 at Nos. 247 |
| v. | : & 248 WDA 2014, affirming the judgments |
| | : of sentence of the Court of Common Pleas |
| | : of Lawrence County entered September 6, |
| RONALD LEE DOUGALEWICZ, JR., | : 2013 at Nos. CP-37-0000514-2009 and |
| | : CP-37-CR-0001129-2009. |
| Appellant | : |

*ORDER*

**PER CURIAM**

**AND NOW,** this 28th day of March, 2017, this appeal is dismissed as having been improvidently granted.

Justices Donohue and Wecht dissent.